UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BENNY A. GUTIERREZ,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security Administration,<br><br>                    Defendant. | CASE NO. CV 07-8328-AGR<br><br>**J**U**DGMENT** |

        IT IS HEREBY ADJUDGED that judgment is entered dismissing this

action without prejudice for failure to prosecute.

DATED: February 12, 2009

_Alicia G. Rosenberg_

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE